PROB 12C
(NEP 4/2013)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Petition for Warrant or Summons for Offender Under Supervision

**Offender:**      **Anna J. Chernyy**      **Docket No. 4:19CR03054**

**Type of Supervision:**   **Supervised Release**      **Date of This Report: July 29, 2025**

**Sentencing Judge:**     **The Honorable John M. Gerrard**
                     **Senior U.S. District Judge**

**Offense of Conviction:** **Ct I. Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(A) Ct II. Possession of Firearm During a Drug Trafficking Crime 18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 924(c)(1)(A)**
**Date Sentenced: January 3, 2020**
**Original Sentence: 180 Months Bureau of Prisons; 60 Months Supervised Release**

**Supervision Term:**     **October 23, 2024 through October 22, 2029**

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| **Leslie A. Van Winkle** | **Sara E. Fullerton** | **Richard H. McWilliams** |

---

## PETITIONING THE COURT

**The undersigned probation officer recommends that a <u>Summons</u> be issued for service upon Anna J. Chernyy and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations.**

**Anna J. Chernyy**                                                                                       **July 29, 2025**
**Petition for Warrant or Summons**                                                          **Page 2 of 4**

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Anna J. Chernyy is in violation of **the Mandatory Condition** which states, "You must not commit another federal, state, or local crime." |

On July 23, 2025, Ms. Chernyy was cited for *Shoplifting* by the Lincoln Police Department. According to police reports, Ms. Chernyy was observed concealing several items of Target merchandise both in her purse and under her purse in her shopping cart. The recovered items totaled $252.89. (Citation #C5-063434)

2    Anna J. Chernyy is in violation of **the Mandatory Condition** which states, "You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests, thereafter, as determined by the court."

On February 20, 2025, Ms. Chernyy failed to report for a random drug test.

On April 2, 2025, Ms. Chernyy tested presumptive positive for cocaine and admitted to using at a party the weekend before.

3    Anna J. Chernyy is in violation of **Standard Condition #4** which states, "You must answer truthfully the questions asked by your probation officer."

On July 23, 2025, this officer asked Ms. Chernyy's about her interactions with law enforcement that day. Ms. Chernyy reported she had forgot items in her cart and accidentally didn't pay for them. After this officer confronted Ms. Chernyy about her account following a review of the police report, she altered her story and stated "It was a mistake I made…I did forget items in the cart. I didn't pay for them. I told you this… I was extremely stressed yesterday and going through a lot of things with her daughter and her expectations of me providing everything for her." She followed it up by stating, "There wasn't that many items". After further redirection, Ms. Chernyy texted, "I am not justifying. I feel horrible, it was impulsive, I am 100% accountable for my actions."

4    Anna J. Chernyy is in violation of **Standard Condition #7** which states, "You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."

On July 23, 2025, this officer questioned Ms. Chernyy about her employment status after discovering in the police report that she identified herself as "unemployed". Ms. Chernyy responded stating, "I never officially quit with my boss, I told him I needed time off". The owner of Surf and Turf stated the last day Ms. Chernyy worked was July 10, 2025; after

notifying them she needed to take time for mental health and personal issues. Ms. Chernyy did not notify this officer of the change in employment status.

5          Anna J. Chernyy is in violation of **Special Condition a** which states, "You must not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance."

On April 4, 2025, Ms. Chernyy admitted to the use of alcohol while attending a party.

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,                              Reviewed by:

*Leslie Van Winkle*                                    *[signature]*

Leslie A. Van Winkle                                 Dustin Russell, Supervising
U.S. Probation and Pretrial Services Officer    U. S. Probation and Pretrial Services Officer

**Anna J. Chernyy**                                                                                          **July 29, 2025**
**Petition for Warrant or Summons**                                                                          **Page 4 of 4**

## THE COURT ORDERS THAT:

_____        No action shall be taken.

_____        A Warrant shall be issued for service upon Anna J. Chernyy and a hearing held by the Court to
               determine whether Anna J. Chernyy has violated the conditions of supervision as set out in the
               foregoing report and to determine whether the term of supervision should be revoked, continued,
               modified, and/or extended based on the alleged violations.

___X___        The U. S. Probation Officer shall summons Anna J. Chernyy to appear for a hearing in court to
               determine whether Anna J. Chernyy has violated the conditions of supervision as set out in the
               foregoing report and to determine whether the term of supervision should be revoked, continued,
               modified, and/or extended based on the alleged violations.

_____        The following action to be taken (specify other action):

_____              July 30, 2025
The Honorable John M. Gerrard                         _____
Senior U.S. District Judge                            Date


### * * * NOTICE TO OFFENDER * * *

**Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:**
**(A)    written notice of the alleged violation(s);**
**(B)    disclosure of the evidence against you;**
**(C)    an opportunity to appear, present evidence, and question adverse witnesses unless the court
        determines that the interest of justice does not require the witness to appear;**
**(D)    notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain
        counsel.**