IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3054 |
| vs. | ORDER |
| ANNA J. CHERNYY, | |
| Defendant. | |

IT IS ORDERED:

1. The petition for offender under supervision (filing 144) is dismissed without prejudice.

2. The November 5, 2025 hearing is cancelled.

Dated this 20th day of October, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge